**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| FLOYD WILLIAMS, III,<br><br>    Plaintiff,<br><br>    v.<br><br>M. DELFINE,<br><br>    Defendants. | Case No.  EDCV 08-0533-CBM (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed Defendant's motion to dismiss and the Report and Recommendation of the United States Magistrate Judge.  The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that the complaint be dismissed as to Plaintiff's claim against Defendant in her official capacity and Plaintiff's request for injunctive relief. The motion to dismiss is denied as to all other claims.

Dated: <u>December 2, 2008</u>

_____
Consuelo B. Marshall
United States District Judge