JS-4

1 | EDMUND G. BROWN JR.
Attorney General of California
2 | MICHELLE DES JARDINS
Supervising Deputy Attorney General
3 | RENE L. LUCARIC
Supervising Deputy Attorney General
4 | State Bar No. 180005
   300 South Spring Street, Suite 1702
5 |    Los Angeles, CA  90013
   Telephone: (213) 897-9944
6 |    Fax: (213) 897-7604
   E-mail: Rene.Lucaric@doj.ca.gov
7 | *Attorneys for Defendant*
*M. Delfine*

FILED
APR 23 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **FLOYD WILLIAMS, III,**<br><br>                        Plaintiff,<br><br>v.<br><br>**M. DELFINE,**<br><br>                        Defendant. | EDCV-08-00533 CBM (MLG)<br><br>**ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE BY STIPULATION** |

    On the stipulation of the parties and the attorneys of record of the parties who have appeared in this action,

    IT IS ORDERED that this Action, Case No. 08-00533 CBM (MLG) shall be dismissed with prejudice. Each party shall bear his own attorney's fees, costs and expenses of any type. There is no prevailing party in this action.

Dated: Apr. 22, 2010

                                          CONSUELO B. MARSHALL
                                          U. S. DISTRICT JUDGE

1